IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-167-FDW-DCK

| | |
|---|---|
| DAIMLER AG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| AMERICAN TIRE DISTRIBUTORS, HOLDINGS, INC., AMERICAN TIRE DISTRIBUTORS, INC., and DOES 1-10, | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Amiel J. Rossabi, concerning Timothy W. Johnson on April 11, 2016. Mr. Timothy W. Johnson seeks to appear as counsel *pro hac vice* for Plaintiff Daimler AG. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Timothy W. Johnson is hereby admitted *pro hac vice* to represent Plaintiff Daimler AG.

**SO ORDERED**.

Signed: April 13, 2016

David C. Keesler
United States Magistrate Judge