**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-167-FDW-DCK**

| | |
|---|---|
| **DAIMLER AG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMERICAN TIRE DISTRIBUTORS** ) | |
| **HOLDINGS, INC., AMERICAN TIRE** ) | |
| **DISTRIBUTORS, INC., and DOES 1-10,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Unopposed Motion To Stay Action Under 28 U.S.C. § 1659(a)" (Document No. 19) filed June 29, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Unopposed Motion To Stay Action Under 28 U.S.C. § 1659(a)" (Document No. 19) is **GRANTED**, and this action is **STAYED** until the determination of the ITC proceeding (Inv. No. 337-TA-1006) becomes final, or until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report on **September 30, 2016** and **every ninety (90) days** thereafter, until otherwise ordered. In addition, the parties shall file a Status Report within **twenty-one (21) days** of a Final ITC decision.

**SO ORDERED**.

Signed: June 29, 2016

David C. Keesler
United States Magistrate Judge